**Larry D. MORRILL, Petitioner,**

v.

**DEPARTMENT OF THE INTERIOR, Respondent.**

No. 04–3437.

United States Court of Appeals, Federal Circuit.

May 6, 2005.

Rehearing En Banc Denied June 30, 2005.

Before MICHEL, Chief Judge, MAYER and LOURIE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Leon STINSON, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 04–3290.

United States Court of Appeals, Federal Circuit.

May 9, 2005.

Before CLEVENGER, BRYSON, and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.